MJ 13-2766

Case 2:13-cr-00797-BRO   Document 17   Filed 10/12/13   Page 1 of 1   Page ID #:38

FILED
OCT 12 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**FINDING RE PROBABLE CAUSE**

On October 12, 2013, at __4:00__ p.m., Special Agent Meghan Madden of the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations, appeared before me regarding the probable cause arrest of defendant DANNY TRUONG QUANG, occurring on October 11, 2013, in Los Angeles, California.

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there (exists)/does not exist probable cause to arrest the defendant for a violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

/ X / It is ordered that defendant DANNY TRUONG QUANG be held to answer for proceedings under Federal Rule of Criminal Procedure 5 on October 15, 2013.

/___/ It is ordered that defendant DANNY TRUONG QUANG be discharged from custody on this charge forthwith.

DATED: October 12, 2013, at __4:14__ p.m.

_Alicia G. Rosenberg_
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE